SEEGER WEISS LLP
  Jonathan Shub (Bar No. 237708)
10960 Wilshire Blvd, Suite 1910
Los Angeles, California 90024
Tel: 310-477-2244 Fax: 310-477-4123
Email: jshub@seegerweiss.com

SEEGER WEISS LLP
  Christopher Seeger, *pro hac vice*
One William Street
New York, New York 10004
Tel: 212-584-0700 Fax: 212-584-0799
Email: cseeger@seegerweiss.com

LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
K. Luan Tran (Bar No. 193808)
601 South Figueroa Street, Suite 4025
Los Angeles, California 90017
Tel: 213-612-3737 Fax: 213-612-3773
Email: jml@ltlcounsel.com, klt@ltlcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.;NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC.<br><br>          Plaintiffs,<br>     v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli company; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO. 3:11-cv-02087-CRB<br><br>[~~PROPOSED~~] ORDER |

[PROPOSED] ORDER

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | The Court has considered the parties' stipulation, and implements the |
| 4 | following schedule in accordance therewith: |
| 5 | |
| 6 | • August 1, 2011: Plaintiffs shall file their amended complaint |
| | • August 22, 2011: Defendants shall respond to the amended complaint |
| 7 | • September 7, 2011: Plaintiffs shall file their opposition (if Defendants |
| 8 | filed a motion to dismiss or other Rule 12 motion) |
| | • September 16, 2011: Defendants shall file their reply (if necessary) |
| 9 | • September 30, 2011: Initial Case Management Conference and hearing |
| 10 | (if necessary) |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | DATE: July 8, 2011 |
| 15 | CHARLES R. BREYER |
| | UNITED STATES DISTRICT JUDGE |
| 16 | 30806689v1 |

*IT IS SO ORDERED — Judge Charles R. Breyer*