SEEGER WEISS LLP
  Jonathan Shub (Bar No. 237708)
10960 Wilshire Blvd, Suite 1910
Los Angeles, California 90024
Tel: 310-477-2244  Fax: 310-477-4123
Email: jshub@seegerweiss.com

SEEGER WEISS LLP
  Christopher Seeger, *pro hac vice*
One William Street
New York, New York 10004
Tel: 212-584-0700  Fax: 212-584-0799
Email: cseeger@seegerweiss.com

LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  K. Luan Tran (Bar No. 193808)
601 South Figueroa Street, Suite 4025
Los Angeles, California 90017
Tel: 213-612-3737  Fax: 213-612-3773
Email: jml@ltlcounsel.com, klt@ltlcounsel.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.; NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC.<br><br>Plaintiffs,<br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-02087-CRB<br><br>**ORDER** |

**ORDER**

After considering Plaintiffs and Defendants' Stipulation, IT IS HEREBY ORDERED that the following timetable and briefing schedule is the Order of this Court:

- September 9, 2011 – Plaintiffs shall file their oppositions to Defendants' motions to dismiss
- September 20, 2011 – Defendants shall file their replies in support of their respective motions to dismiss
- October 7, 2011 – the hearing date and the Rule 26 Conference will be heard on this date.

IT IS SO ORDERED.

DATE: September 2, 2011

_____
HONORABLE JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*