SEEGER WEISS LLP
  Jonathan Shub (Bar No. 237708)
10960 Wilshire Blvd, Suite 1910
Los Angeles, California 90024
Tel: 310-477-2244  Fax: 310-477-4123
Email: jshub@seegerweiss.com

SEEGER WEISS LLP
  Christopher Seeger, *pro hac vice*
One William Street
New York, New York 10004
Tel: 212-584-0700  Fax: 212-584-0799
Email: cseeger@seegerweiss.com

LEE TRAN & LIANG APLC
  James M. Lee (Bar No. 192301)
  K. Luan Tran (Bar No. 193808)
601 South Figueroa Street, Suite 4025
Los Angeles, California 90017
Tel: 213-612-3737  Fax: 213-612-3773
Email: jml@ltlcounsel.com, klt@ltlcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.; NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC.<br><br>                   Plaintiffs,<br>     v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli company; and DOES 1 through 10, inclusive,<br><br>                   Defendants. | CASE NO. 3:11-cv-02087-CRB<br><br>[~~PROPOSED~~] ORDER |

1 **[~~PROPOSED~~] ORDER**

2

3   After considering Plaintiffs and Defendants' Stipulation, IT IS HEREBY

4 ORDERED that the following timetable and briefing schedule is the Order of this

5 Court:

6
- September 9, 2011 – BP shall file its opposition to plaintiffs' motion for preliminary injunction
- September 23, 2011 – Plaintiffs shall file their reply in support of their motion for preliminary injunction
- October 7, 2011 – the preliminary injunction will be heard together with the previously scheduled hearing on defendants' motions to dismiss and the initial case management conference

13 IT IS SO ORDERED.

16 DATE: Sept. 14, 2011



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER