ARNOLD & PORTER LLP
Ronald C. Redcay (SBN 67236)
ronald.redcay@aporter.com
James F. Speyer (SBN 133114)
james.speyer@aporter.com
John D. Lombardo (SBN 187142)
john.lombardo@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendants
BP West Coast Products LLC and
BP Products North America Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.; NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli Company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3:11-cv-02087 CRB <br><br> Hon. Charles R. Breyer <br><br> **[PROPOSED] ORDER GRANTING LEAVE FOR BP DEFENDANTS TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  October 7, 2011 <br> Time:  10:00 a.m. <br> Courtroom: 6 <br> Judge:  Hon. Charles R. Breyer |

Green Desert Proposed Order.docx

[PROPOSED] ORDER GRANTING LEAVE FOR BP DEFENDANTS TO FILE A SUPPL.
DECL. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJ.    Case No.: 3:11-cv-02087 CRB

1  After considering plaintiffs and BP defendants' Stipulation, IT IS HEREBY
2  ORDERED that the BP Defendants shall have leave to file a short Supplemental
3  Declaration of Steve C. Carriger addressing two factual assertions made in plaintiffs'
4  reply in support of their motion for a preliminary injunction. The factual assertions
5  are those described in the Stipulation.
6
7  IT IS SO ORDERED.
8
9  DATE: October 4, 2011
10 _____
   HONORABLE
   UNITED STATES DISTRICT COURT
11
12  *IT IS SO ORDERED*
    *Judge Charles R. Breyer*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

[PROPOSED] ORDER GRANTING LEAVE FOR BP DEFENDANTS TO FILE A SUPPL.
DECL. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJ.   Case No.: 3:11-cv-02087 CRB