SEEGER WEISS LLP
 Jonathan Shub (Bar No. 237708)
 Christopher Seeger, *pro hac vice*
10960 Wilshire Blvd, Suite 1910
Los Angeles, California 90024
Tel: 310-477-2244 Fax: 310-477-4123
Email: jshub@seegerweiss.com

LEE TRAN & LIANG APLC
 James M. Lee (Bar No. 192301)
 K. Luan Tran (Bar No. 193808)
601 South Figueroa Street, Suite 4025
Los Angeles, California 90017
Tel: 213-612-3737 Fax: 213-612-3773
Email: jml@ltlcounsel.com, klt@ltlcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.; NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC.<br><br>Plaintiffs,<br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:11-cv-02087-CRB<br><br>[~~PROPOSED~~] ORDER |

# [~~PROPOSED~~] ORDER

After considering Plaintiffs and Defendants' Stipulation, IT IS HEREBY ORDERED that the following schedule is the Order of this Court:

- Plaintiffs shall file their Second Amended Complaint 14 days after the Court issues its final ruling on Retalix LTD.'s FRCP 12(b) motion;

- Defendants shall have 30 days to answer or otherwise respond to any Second Amended Complaint

IT IS SO ORDERED.

DATE: November 14, 2011  _____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT



[PROPOSED] ORDER