1  SEEGER WEISS LLP
     Jonathan Shub (Bar No. 237708)
2    Christopher Seeger, *pro hac vice*
   10960 Wilshire Blvd, Suite 1910
3  Los Angeles, California 90024
   Tel: 310-477-2244  Fax: 310-477-4123
4  Email: jshub@seegerweiss.com

5  LEE TRAN & LIANG APLC
     James M. Lee (Bar No. 192301)
6    K. Luan Tran (Bar No. 193808)
   601 South Figueroa Street, Suite 4025
7  Los Angeles, California 90017
   Tel: 213-612-3737  Fax: 213-612-3773
8  Email: jml@ltlcounsel.com, klt@ltlcounsel.com

9  Attorneys for Plaintiffs

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREEN DESERT OIL GROUP INC.; JBI INVESTMENT GROUP, INC.; NAZM, INC.; NASPAT, INC.; HEGENBERGER HOLDINGS, INC.; GNC PROPERTIES, INC.; HF AND SJ, INC.; HAMMER/I-5 INVESTMENTS, INC.; MIKE'S MARYSVILLE MINI MART; TECH LLC; S & H BROS. ENTERPRISES, INC.; RANA ENTERPRISES, INC.; ZGHOUL STATIONS INC.; ZHGOUL INVESTMENT GROUP LLC; CROSSWAY INVESTMENTS, INC.; GI KRUPA II CORP.; GALENA GASOLINE, INC.<br><br>    Plaintiffs,<br>  v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company; BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation; RETALIX LTD, an Israeli company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:11-cv-02087-CRB<br><br>[~~PROPOSED~~] ORDER |

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

After considering Plaintiffs and Defendants' Stipulation, IT IS HEREBY ORDERED that the following schedule is the Order of this Court:

- Plaintiffs shall file their Second Amended Complaint 14 days after the Court issues its final ruling on Retalix LTD.'s FRCP 12(b) motion;

- Defendants shall have 30 days to answer or otherwise respond to any Second Amended Complaint

IT IS SO ORDERED.

DATE: November 14, 2011

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*