E-filing

1   SEEGER WEISS LLP
       Jonathan Shub (Bar No. 237708)
2       Christopher Seeger, *pro hac vice*
     10960 Wilshire Blvd, Suite 1910
3   Los Angeles, California 90024
     Tel: 310-477-2244Fax: 310-477-4123
4   Email: jshub@seegerweiss.com

5   LEE TRAN & LIANG APLC
       James M. Lee (Bar No. 192301)
6       K. Luan Tran (Bar No. 193808)
     601 South Figueroa Street, Suite 4025
7   Los Angeles, California 90017
     Tel: 213-612-3737Fax: 213-612-3773
8   Email: jml@ltlcounsel.com, klt@ltlcounsel.com

9   Attorneys for Plaintiffs

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13   GREEN DESERT OIL GROUP INC.;      )   Case No.: 3:11-cv-02087 CRB
     JBI INVESTMENT GROUP, INC.;       )
14   NAZM, INC.; NASPAT, INC.;         )   Hon. Charles R. Breyer
     HEGENBERGER HOLDINGS, INC.;       )
15   GNC PROPERTIES, INC.; HF AND      )   [PROPOSED] ORDER EXTENDING
     SJ, INC.; HAMMER/I-5              )   THE TIME FOR BP DEFENDANTS
16   INVESTMENTS, INC.; MIKE'S         )   TO RESPOND TO THE SECOND
     MARYSVILLE MINI MART; TECH        )   AMENDED COMPLAINT
17   LLC; S & H BROS. ENTERPRISES,     )
     INC.; RANA ENTERPRISES, INC.;     )
18   ZGHOUL STATIONS INC.; ZHGOUL      )
     INVESTMENT GROUP LLC;             )
19   CROSSWAY INVESTMENTS, INC.;       )
     GI KRUPA II CORP.; GALENA         )
20   GASOLINE, INC.,                   )
                                       )
21             Plaintiffs,             )
                                       )
22        v.                           )
                                       )
23   BP WEST COAST PRODUCTS LLC, a     )
     Delaware limited liability company; BP )
24   PRODUCTS NORTH AMERICA,           )
     INC., a Maryland corporation; and )
25   DOES 1 through 10, inclusive,     )
                                       )
26             Defendants.             )
                                       )
27   _____ )

28

1

**[PROPOSED] ORDER**

2      BP Defendants' response to Plaintiffs' Second Amended Complaint shall be

3   filed on or before January 11, 2012. Any opposition and reply briefing shall be filed

4   according to the applicable Federal Rules of Civil Procedure and the Civil Local

5   Rules of the Northern District of California.

6

7   IT IS SO ORDERED.

8

9   DATE:_ DEC 2 7 2011

10      _

11      _____

                                        _____
                                        HONORABLE JUDGE OF THE
                                        UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -