E-filing

1  SEEGER WEISS LLP
      Jonathan Shub (Bar No. 237708)
2     Christopher Seeger, *pro hac vice*
   10960 Wilshire Blvd, Suite 1910
3  Los Angeles, California 90024
   Tel: 310-477-2244 Fax: 310-477-4123
4  Email: jshub@seegerweiss.com

5  LEE TRAN & LIANG APLC
      James M. Lee (Bar No. 192301)
6     K. Luan Tran (Bar No. 193808)
   601 South Figueroa Street, Suite 4025
7  Los Angeles, California 90017
   Tel: 213-612-3737 Fax: 213-612-3773
8  Email: jml@ltlcounsel.com, klt@ltlcounsel.com

9  Attorneys for Plaintiffs

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  GREEN DESERT OIL GROUP INC.;         )  Case No.: 3:11-cv-02087 CRB
    JBI INVESTMENT GROUP, INC.;          )
14  NAZM, INC.; NASPAT, INC.;            )  Hon. Charles R. Breyer
    HEGENBERGER HOLDINGS, INC.;          )
15  GNC PROPERTIES, INC.; HF AND         )  [~~PROPOSED~~] ORDER EXTENDING
    SJ, INC.; HAMMER/I-5                 )  THE TIME FOR BP DEFENDANTS
16  INVESTMENTS, INC.; MIKE'S            )  TO RESPOND TO THE SECOND
    MARYSVILLE MINI MART; TECH           )  AMENDED COMPLAINT
17  LLC; S & H BROS. ENTERPRISES,        )
    INC.; RANA ENTERPRISES, INC.;        )
18  ZGHOUL STATIONS INC.; ZHGOUL         )
    INVESTMENT GROUP LLC;                )
19  CROSSWAY INVESTMENTS, INC.;          )
    GI KRUPA II CORP.; GALENA            )
20  GASOLINE, INC.,                      )
                                         )
21              Plaintiffs,              )
                                         )
22       v.                              )
                                         )
23  BP WEST COAST PRODUCTS LLC, a        )
    Delaware limited liability company; BP)
24  PRODUCTS NORTH AMERICA,              )
    INC., a Maryland corporation; and    )
25  DOES 1 through 10, inclusive,        )
                                         )
26              Defendants.              )
                                         )
27  _____)

28

## [PROPOSED] ORDER

BP Defendants' response to Plaintiffs' Second Amended Complaint shall be filed on or before January 11, 2012. Any opposition and reply briefing shall be filed according to the applicable Federal Rules of Civil Procedure and the Civil Local Rules of the Northern District of California.

IT IS SO ORDERED.

DATE: DEC 27 2011

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT

- 1 -
[PROPOSED] ORDER EXTENDING THE TIME FOR BP DEFENDANTS
TO RESPOND TO THE SECOND AMENDED COMPLAINT                Case No.: 3:11-cv-02087 CRB