**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN DESERT OIL GROUP, et al., | No. C 11-02087 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| BP WEST COAST PRODUCTS, et al., | |
| Defendants. | |

Having granted Retalix's Motion for Entry of Judgment (dkt. 87), the Court hereby enters judgment for Retalix and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 6, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2087\judgment.frm